UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAKINA VE KIMYA ENDUSTRISI A.S,

                Plaintiff,

       -against-

A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap Logistics and Defense" and/or "Asap Logistics and Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited Sirketi"); TURKKEY CAPITAL KURUMSAL FINANS COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey Capital Kurmsal Finans Cozumleri Limited Sirketi"); DEBORAH CROSS; GUVEN ACARER; TURKER KUCUKER; and ILKER KUCUKER,

                Defendants,

**ORDER**

22 Civ. 3933 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

       Plaintiff has submitted a proposed order to show cause seeking a preliminary injunction against Defendants in this action alleging violations of the Lanham Act, 15 U.S.C. Section 1125(a), New York General Business Law, § 349, and unfair competition.  (Dkt. No. 8) Plaintiff will make a submission by **June 22, 2022** addressing the following:  (1) why service by certified mail on the Turkish defendants would be lawful given that Turkey has objected to service by mail under the Hague Service Convention; (2) the basis for exercising personal jurisdiction over the Turkish defendants; and (3) an explanation for why Defendant Metin Nerkis is not listed in the caption.

Dated: New York, New York
       June 17, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge