UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAKINA VE KIMYA ENDUSTRISI A.S,

                         Plaintiff,

    -against-

A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE
SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap
Logistics and Defense" and/or "Asap Logistics and
Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited
Sirketi"); TURKKEY CAPITAL KURUMSAL FINANS
COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey
Capital Kurmsal Finans Cozumleri Limited Sirketi");
DEBORAH CROSS; GUVEN ACARER; TURKER
KUCUKER; and ILKER KUCUKER,

                         Defendants.

**ORDER**

22 Civ. 3933 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter currently scheduled for July 21, 2022 will instead take place on **August 25, 2022 at 11:45 a.m.** by telephone.

        The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  One day before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
       July 20, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2