UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAKINA VE KIMYA ENDUSTRISI A.S,

                Plaintiff,

  -against-

A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap Logistics and Defense" and/or "Asap Logistics and Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited Sirketi"); TURKKEY CAPITAL KURUMSAL FINANS COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey Capital Kurmsal Finans Cozumleri Limited Sirketi"); DEBORAH CROSS; GUVEN ACARER; TURKER KUCUKER; and ILKER KUCUKER,

                Defendants.

**ORDER**

22 Civ. 3933 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The show cause hearing currently scheduled for August 25, 2022 will instead take place on **Friday, September 16, 2022 at 10:30 a.m.**

Dated:  New York, New York
         August 22, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge