UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKINA VE KIMYA ENDUSTRISI A.S,<br><br>      Plaintiff,<br><br>    -against-<br><br>A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap Logistics and Defense" and/or "Asap Logistics and Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited Sirketi"); TURKKEY CAPITAL KURUMSAL FINANS COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey Capital Kurmsal Finans Cozumleri Limited Sirketi"); DEBORAH CROSS; GUVEN ACARER; TURKER KUCUKER; and ILKER KUCUKER,<br><br>      Defendants, | **ORDER**<br><br>22 Civ. 3933 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The preliminary injunction hearing and initial pre-trial conference, currently scheduled for September 16, 2022, will instead take place on **September 22, 2022 at 4:15 p.m.** To the extent that Plaintiff intends to amend the Complaint, the amended complaint shall be filed by September 16, 2022. The Clerk of Court is directed to terminate the motion at Docket Number 53.

Dated: New York, New York
     September 8, 2022

                    SO ORDERED.

                    *Paul G. Gardephe*
                    _____
                    Paul G. Gardephe
                    United States District Judge