UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAKINA VE KIMYA ENDUSTRISI A.S,

                Plaintiff,

    -against-

A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap Logistics and Defense" and/or "Asap Logistics and Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited Sirketi"); ASAP LOGISTICS AND DEFENSE SECURITY SERVICES LTD.; TURKKEY CAPITAL KURUMSAL FINANS COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey Capital Kurmsal Finans Cozumleri Limited Sirketi"); DEBORAH CROSS; GUVEN ACARER; METIN NERKIS; TURKER KUCUKER; and ILKER KUCUKER,

                Defendants.

**ORDER**

22 Civ. 3933 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    For the reasons stated at the September 23, 2022 hearing, Plaintiff's application for a preliminary injunction is denied as to Turkkey Capital Kurumsal Finans Cozumleri Limited Sirketi, Metin Nerkis, Turker Kucuker, and Ilker Kuucker.

Dated: New York, New York
       September 25, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge