UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKINA VE KIMYA ENDUSTRISI A.S,

                Plaintiff,

-against-

A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap Logistics and Defense" and/or "Asap Logistics and Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited Sirketi"); TURKKEY CAPITAL KURUMSAL FINANS COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey Capital Kurmsal Finans Cozumleri Limited Sirketi"); DEBORAH CROSS; GUVEN ACARER; TURKER KUCUKER; and ILKER KUCUKER,

                Defendants,

**ORDER**

22 Civ. 3933 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in this Court's July 29, 2022 order (Order (Dkt. No. 32)), the request of Defendants A.S.A.P. Logistics LTD, ASAP Logistics and Defense Security Services Ltd., Asap Lojistik Ve Savunma Ticaret Limited Sirketi, Deborah Cross, and Guven Acarer to serve their crossclaims on Defendants Turkkey Capital Kurumsal Finans Cozumleri Limited Sirketi, Turker Kucuker, and Ilker Kucuker via email is granted. Defendants are directed to use the email addresses set forth for those parties in Plaintiff's July 15, 2022 submission. (See (Pltf. Br. (Dkt. No. 29))

Dated: New York, New York
       October 26, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge