UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKINA VE KIMYA ENDUSTRISI A.S,

                Plaintiff,

-against-

A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap Logistics and Defense" and/or "Asap Logistics and Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited Sirketi"); TURKKEY CAPITAL KURUMSAL FINANS COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey Capital Kurmsal Finans Cozumleri Limited Sirketi"); DEBORAH CROSS; GUVEN ACARER; TURKER KUCUKER; and ILKER KUCUKER,

                Defendants,

**ORDER**

22 Civ. 3933 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This Court will conduct a hearing on **November 17, 2022, at 4:00 p.m.**, concerning (1) Plaintiff's application for an order to show cause seeking a preliminary injunction as to Defendants A.S.A.P. Logistics LTD, ASAP Logistics and Defense Security Services Ltd., ASAP Lojistik Ve Savunma Ticaret Limited Sirketi ("ASAP Turkey"), Deborah Cross, and Guven Acarer, preventing the closure of ASAP Turkey and preventing Defendants Cross and Acarer from shutting down or otherwise closing or transferring ownership of ASAP Turkey or any other ASAP entity (Dkt. No. 78); (2) Plaintiff's application for an order to show cause seeking a default judgment against Defendants Turkkey Capital Kurumsal Finans Cozumleri Limited Sirketi, Turker Kucuker, and Ilker Kucuker (Dkt. No. 113); (3) Cowan, Liebowitz & Latman, P.C.'s motion to withdraw as counsel to Defendant Guven Acarer (Dkt. No. 98); and (4)

No. 98); and (4) Defendant Metin Nerkis' request for permission to move to dismiss for lack of personal jurisdiction and failure to state a claim (Dkt. No. 109).

Dated:  New York, New York
        November 10, 2022

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge