UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKINA VE KIMYA ENDUSTRISI A.S, <br><br> Plaintiff, <br><br> -against- <br><br> A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap Logistics and Defense" and/or "Asap Logistics and Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited Sirketi"); TURKKEY CAPITAL KURUMSAL FINANS COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey Capital Kurmsal Finans Cozumleri Limited Sirketi"); DEBORAH CROSS; GUVEN ACARER; TURKER KUCUKER; ILKER KUCUKER; ASAP LOGISTICS AND DEFENSE SECURITY SERVICES LTD., <br><br> Defendants, | **ORDER** <br><br> 22 Civ. 3933 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        In a December 12, 2022 joint letter, Plaintiff Makina ve Kimya Endustrisi A.S. and Defendants A.S.A.P. Logistics LTD, ASAP Logistics and Defense Security Services Ltd., ASAP Lojistik Ve Savunma Ticaret Limited Sirketi, and Deborah Cross request extensions of discovery deadlines and related dates. (Jt. Ltr. (Dkt. No. 140)) The application is granted as set forth below:

        Fact discovery, including depositions, will be completed by **January 30, 2023**. By **February 13, 2023**, all counsel will meet face-to-face for at least one hour to discuss settlement.

Party-proponents that intend to offer expert testimony in respect of a claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **January 30, 2023**. Party-opponents of such claim that intend to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **February 27, 2023**.

Expert discovery will be completed by **March 16, 2023**.

Any party seeking to file a post-discovery dispositive motion will submit a pre-motion letter in accordance with this Court's Individual Rules, by **March 23, 2023**.  Any opposition letter will be filed by **March 27, 2023**.

The conference currently scheduled for **January 11, 2023**, is adjourned to **February 2, 2023, at 10:15 a.m.**

Dated:  New York, New York
           December 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge