UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKINA VE KIMYA ENDUSTRISI A.S,

                Plaintiff,

    -against-

A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap Logistics and Defense" and/or "Asap Logistics and Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited Sirketi"); TURKKEY CAPITAL KURUMSAL FINANS COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey Capital Kurmsal Finans Cozumleri Limited Sirketi"); DEBORAH CROSS; GUVEN ACARER; TURKER KUCUKER; ILKER KUCUKER; ASAP LOGISTICS AND DEFENSE SECURITY SERVICES LTD.,

                Defendants,

**ORDER**

22 Civ. 3933 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In a February 13, 2023 letter, Plaintiff Makina ve Kimya Endustrisi A.S. requests extensions of discovery deadlines and related dates.  (Feb. 13, 2023 Pltf. Ltr. (Dkt. No. 146)) Defendants A.S.A.P. Logistics LTD, ASAP Logistics and Defense Security Services Ltd., ASAP Lojistik Ve Savunma Ticaret Limited Sirketi, and Deborah Cross consent to Plaintiff's request. (Id.)  The application is granted as set forth below:

        Fact discovery, including depositions, will be completed by **June 16, 2023**.  By **June 30, 2023**, all counsel will meet face-to-face for at least one hour to discuss settlement.

        Party-proponents that intend to offer expert testimony in respect of a claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **June 16, 2023**.

Party-opponents of such claim that intend to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **July 13, 2023**.

Expert discovery will be completed by **July 28, 2023**.

Any party seeking to file a post-discovery dispositive motion will submit a pre-motion letter in accordance with this Court's Individual Rules, by **August 8, 2023**. Any opposition letter will be filed by **August 11, 2023**.

The conference currently scheduled for **March 16, 2023**, is adjourned to **June 15, 2023, at 10:00 a.m.**

Dated:  New York, New York
        February 17, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge