UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKINA VE KIMYA ENDUSTRISI A.S, <br><br> Plaintiff, <br><br> -against- <br><br> A.S.A.P. LOGISTICS LTD; ASAP LOJISTIK VE SAVUNMA TICARET LIMITED SIRKETI (d/b/a "Asap Logistics and Defense" and/or "Asap Logistics and Defense Guvenlik Hizmetleri Sanayi Ve Ticaret Limited Sirketi"); TURKKEY CAPITAL KURUMSAL FINANS COZUMLERI LIMITED SIRKETI (d/b/a "Turkkey Capital Kurmsal Finans Cozumleri Limited Sirketi"); DEBORAH CROSS; GUVEN ACARER; TURKER KUCUKER; ILKER KUCUKER; ASAP LOGISTICS AND DEFENSE SECURITY SERVICES LTD., <br><br> Defendants, | **ORDER** <br><br> 22 Civ. 3933 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

In a June 12, 2023 letter, Plaintiff Makina ve Kimya Endustrisi A.S. and Defendants A.S.A.P. Logistics LTD, ASAP Logistics and Defense Security Services Ltd., ASAP Lojistik Ve Savunma Ticaret Limited Sirketi, and Deborah Cross jointly request extensions of discovery deadlines and related dates.  (June 12, 2023 Jt. Ltr. (Dkt. No. 149))  The application is granted as set forth below:

Fact discovery, including depositions, will be completed by **August 11, 2023**.  By **September 8, 2023**, all counsel will meet face-to-face for at least one hour to discuss settlement.

Party-proponents that intend to offer expert testimony in respect of a claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **August 25, 2023**.

Party-opponents of such claim that intend to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **September 22, 2023**.

Expert discovery will be completed by **October 6, 2023**.

Any party seeking to file a post-discovery dispositive motion will submit a pre-motion letter in accordance with this Court's Individual Rules, by **August 18, 2023**. Any opposition letter will be filed by **August 23, 2023**.

The conference currently scheduled for **June 16, 2023**, is adjourned to **August 31, 2023, at 11:00 a.m.**

Dated: New York, New York
June 13, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge