

Nixon Peabody LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602-4378

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

**John T. Ruskusky**
Partner

T / 312.977.4460
F / 844.571.6779
jtruskusky@nixonpeabody.com

> The conference is hereby RESCHEDULED to **June 24, 2024, at 1:30 PM.** The Clerk of Court is directed to terminate the motion at ECF No. 230.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: June 17, 2024

June 17, 2024

BY ELECTRONIC FILING

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St., Room 15A
New York, New York 10007

RE:  Makina ve Kimya Endustrisi A.S. v. A.S.A.P. Logistics Ltd., et al.
     No.: 1:22-cv-03933 (PGG)

Dear Judge Subramanian:

Plaintiff Makina ve Kimya Endustrisi A.S. ("MKE") and Defendants A.S.A.P. Logistics LTD ("ASAP Logistics"), ASAP Logistics and Defense Security Services Ltd. ("ASAP Security"), ASAP Lojistik Ve Savunma Ticaret Limited Şirketi d/b/a Logistics and Defense and/or ASAP Logistics and Defense Güvenlik Hizmetleri Sanayi Ve Ticaret Limited Şirketi ("ASAP Turkey"), and Debbie Cross ("Ms. Cross") (the "ASAP Defendants") (collectively, the "Parties") jointly file this first request for an adjournment of the hearing, recently scheduled for June 20, 2024. ECF No. 229.

Lead counsel for MKE is unavailable on June 20, 2024. Counsel for the Parties have conferred about their mutual availability and propose the following alternative dates for the hearing in order of preference:

1. June 24, 2024
2. July 1, 2024
3. July 2, 2024
4. July 3, 2024

If these dates are not available for the Court, counsel for the parties will further confer and propose additional dates. We thank the Court for its attention to this matter.

Respectfully submitted,

By: */s/ John Ruskusky*
John T. Ruskusky

By: */s/ Richard Mandel*
Richard Mandel

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

| | |
|---|---|
| Alper Tosun<br>NIXON PEABODY LLP<br>55 W. 46th Tower 46<br>New York, New York 10036<br>(212) 940-3000<br>jtruskusky@nixonpeabody.com<br>atosun@nixonpeabody.com | Jeremy A. Berman<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>114 West 47th Street<br>New York, NY 10036-1525<br>(212) 790-9291<br>rsm@cll.com<br>jab@cll.com |