UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKINA VE KIMYA ENDUSTRISI A.S.,

          Plaintiff,

-against-

A.S.A.P. LOGISTICS LTD, et al.,

          Defendants.

22-cv-3933 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    In support of their pending dispositive motions, the parties filed motions to seal or redact documents that contain confidential, commercially sensitive, and previously undisclosed financial, marketing, or business material. After reviewing the documents and applying the three-part test described in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the Court finds that sealing or redaction is warranted. So the applications are all granted.

    The Clerk of Court is directed to terminate Dkts. 170, 191, 193, 210, and 217.

    SO ORDERED.

Dated: June 20, 2024
New York, New York

                                                               ARUN SUBRAMANIAN
                                                              United States District Judge