UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKINA VE KIMYA ENDUSTRISI A.S.,

                Plaintiff,

-against-

A.S.A.P. LOGISTICS LTD, et al.,

                Defendants.

22-cv-3933 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      No later than **July 2, 2024**, the parties and the principal decisionmaker for each side shall engage in settlement discussions for no less than one hour, either in person or through video conferencing (with the video turned on). In advance of the session, Plaintiff should make to Defendants a **good-faith** revised demand taking into account the risks, costs, and objectives to be served if this case proceeds, and considering any non-monetary forms of relief that might vindicate the plaintiff's business interests. Defendants should provide a **good-faith** offer in response, similarly taking into account the realities of this case and the parties' business interests.

      The parties should provide the Court a joint update regarding settlement no later than **July 3, 2024, at 12 PM**. If the parties make some progress but could use some help from the Court, they should let the Court know in their status letter whether the parties would be open to a follow-up settlement conference during which the Court would have separate discussions with the parties. (If either side doesn't want the Court to assist in this fashion, the parties should just say they are not interested; they <u>should not</u> indicate which side was not interested.)

      SO ORDERED.

Dated: June 25, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge