UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKINA VE KIMYA ENDUSTRISI A.S.,

                Plaintiff,

-against-

A.S.A.P. LOGISTICS LTD, et al.,

                Defendants.

22-CV-3933 (AS)

<u>ORDER</u>

ARUN SUBRAMANIAN, United States District Judge:

      The final pretrial conference in this case will be held on September 26, 2024. Trial is currently scheduled to begin on September 30, 2024. The parties are required to ensure that the principal decisionmaker for each party is in attendance at both the final pretrial conference and the trial.

      SO ORDERED.

Dated: September 9, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge