UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKINA VE KIMYA ENDUSTRISI A.S.,<br><br>                              Plaintiff,<br><br>              -against-<br><br>A.S.A.P. LOGISTICS LTD et al.,<br><br>                              Defendants. | 22-cv-3933 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff filed a motion in limine on September 3, 2024. Dkt. 253. Given the stipulation of judgment that has now been filed in this case, Dkt. 263, the motion in limine is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 253.

SO ORDERED.

Dated: October 15, 2024
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge