UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKINA VE KIMYA ENDUSTRISI A.S.,<br><br>                    Plaintiff,<br><br>-against-<br><br>A.S.A.P. LOGISTICS LTD, et al.,<br><br>                    Defendant(s). | 22-CV-3933 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Because there has been a final judgment in this case and a notice of appeal has been filed, the Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: September 30, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge